# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                                                      Chapter 13

      KEVIN  J. PURCELL                          Bankruptcy No. 20-12612-AMC

      49 E. PHILADELPHIA AVE

      MORRISVILLE, PA 19067

         Debtor

### CERTIFICATE OF SERVICE

    **AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

    **Debtor(s), at the address listed, by first class mail.**
      KEVIN  J. PURCELL

      49 E. PHILADELPHIA AVE

      MORRISVILLE, PA 19067

    **Counsel for debtor(s), by electronic notice only.**
      ROBERT F. SWAN
      LAW OFFICE OF ROBERT G. SWAN
      3720 NOTTINGHAM WAY
      HAMILTON SQUARE, NJ 08690-

    **Counsel for the United States Trustee, by electronic notice only.**
      Office of the U.S. Trustee
      Eastern District of Pennsylvania
      833 Chestnut Street, Suite 500
      Philadelphia, PA  19107

Date: 12/16/2020                                                      /s/ William C. Miller

                            _____
                            William C. Miller, Esquire
                            Chapter 13 Standing Trustee