## INCOME CONTRIBUTION AFFIDAVIT

COMMONWEALTH OF PENNSYLVANIA *NJ*

COUNTY OF *Mercer*

NAME OF DEBTOR(S) *Kevin J Purcell*

CHAPTER 13 CASE # *20-12612*

I, *Elizabeth Boyer*, the person whose name is signed below, hereby swear/affirm that the following are true and correct:

1. The debtor(s) named above is/are my *4 childrens father + fiancee* (specify relationship, for example – mother, father, brother, friend).

2. I contribute financial support in the amount of $ *1600.00* on a monthly basis to the debtor(s).

3. The source of my income is *Wages from Employment* (for example, wages from employment, self-employment, disability payments, Social Security, et cetera). The name of my employer is _____ (if applicable).

4. I will continue to make such contributions to the debtor(s) for the entire duration of the Chapter 13 plan of the debtor(s).

*12-27-20*
Date

Affiant/Contributor (signature)

*Elizabeth Beyer*
Affiant/Contributor (print name)

Sworn to or affirmed and subscribed to before me by *Elizabeth*, the Affiant/Contributor identified above, on this *27* day of *Dec*, 20*20*.

Notary Public

[Notarial Seal]