# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA
*Philadelphia Division*

| | |
|---|---|
| IN RE:<br>KEVIN J. PURCELL | Case No. 20-12612-amc |
| FREEDOM MORTGAGE CORPORATION<br>    Movant<br><br>vs.<br><br>KEVIN J. PURCELL,<br>    Debtor | Chapter 13<br><br>11 U.S.C. §362 |

## ORDER

**AND NOW**, this         day of                    , 2021, it is hereby **ORDERED** that the corresponding Stipulation is hereby approved, shall be, and is hereby made an Order of this Court .

**Date: April 6, 2021**

_____
Ashely M. Chan
U.S. Bankruptcy Judge