United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  Case No. 20-12612-amc
Kevin J. Purcell  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: admin    Page 1 of 2
Date Rcvd: Apr 13, 2021    Form ID: 155    Total Noticed: 20

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 15, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Kevin J. Purcell, 49 E Philadelphia Ave, Morrisville, PA 19067-1249 |
| 14510458 | | Aria Health, po box 8500-6335, Philadelphia, PA 19019 |
| 14564334 | | Freedom Mortgage Company, c/o Andrew Spivack, Brock and Scott, PLLC, Attorneys at Law, 610 Old York Road, Suite 400 Jenkintown, PA 19046 |
| 14567446 | | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 14510459 | | Home Depot, PO Box 790328T, Louis, MO 63113 |
| 14510460 | | JP Morgan Chase, PO Box 1608, Southgate, MI 48195-0608 |
| 14510461 | + | JP Morgan Chase Bank, NA, 3451 Harry S Atrueman Blvd, Saint Charles, MO 63301-4047 |
| 14522537 | + | RoundPoint Mortgage Servicing Corporation, 446 Wrenplace Road, Fort Mill, SC 29715-0200 |
| 14515529 | + | RoundPoint Mortgage Servicing Corporation, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14510463 | + | Roundpoint, c/o Rebecca Solarz, c/o KML Law Group, PC, 701 Market St, Philadelphia, PA 19106-1541 |
| 14510464 | | Snap On, 1101 Arabian Rd, Warrington, PA 18976-2282 |
| 14510466 | | Tech Credit, 122 Goldenridge Dr, Levittown, PA 19057-3841 |
| 14510467 | | WELLS FARGO Bank Na, PO Box 5129, Sioux Falls, SD 57117-5129 |
| 14518772 | | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 14510468 | | Yamaha c/o Capital One Retail Sales, PO Box 71106, Charlotte, NC 28272-1106 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14526872 | | Email/Text: bnc@atlasacq.com | Apr 14 2021 09:20:00 | Atlas Acquisitions LLC, 492 Cedar Lane ste 442, Teaneck NJ 07666 |
| 14510462 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Apr 14 2021 09:37:56 | Kowasaki c/o Capital One, PO Box 71106, Charlotte, NC 28272-1106 |
| 14519898 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 14 2021 09:20:00 | Midland Funding LLC, Po Box 2011, Warren MI 48090-2011 |
| 14526256 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 14 2021 09:20:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14510465 | | Email/PDF: ais.sprint.ebn@americaninfosource.com | Apr 14 2021 09:46:37 | Sprint, PO Box 629023, El Dorado Hills, CA 95762-9023 |

TOTAL: 5

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Apr 13, 2021 | Form ID: 155 | Total Noticed: 20 |

in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 15, 2021                    Signature:    /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 13, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor FREEDOM MORTGAGE CORPORATION andrew.spivack@brockandscott.com wbecf@brockandscott.com |
| REBECCA ANN SOLARZ | on behalf of Creditor RoundPoint Mortgage Servicing Corporation bkgroup@kmllawgroup.com |
| ROBERT G. SWAN | on behalf of Debtor Kevin J. Purcell lawofficeofrswan@aol.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | on behalf of Trustee WILLIAM C. MILLER  Esq. ecfemails@ph13trustee.com, philaecf@gmail.com |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com  philaecf@gmail.com |

TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Kevin J. Purcell
    Debtor(s)

Chapter: 13

Bankruptcy No: 20−12612−amc

___

### ORDER CONFIRMING PLAN UNDER CHAPTER 13

AND NOW, this April 13, 2021 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

Ashely M. Chan
Judge ,
United States Bankruptcy Court

60 − 9
Form 155