# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

    Chapter 13

    Bankruptcy No. 20-12612-AMC

KEVIN J. PURCELL

49 E. PHILADELPHIA AVE

MORRISVILLE, PA 19067

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

KEVIN J. PURCELL

49 E. PHILADELPHIA AVE

MORRISVILLE, PA 19067

Counsel for debtor(s), by electronic notice only.

ROBERT F. SWAN
LAW OFFICE OF ROBERT G. SWAN
3720 NOTTINGHAM WAY
HAMILTON SQUARE, NJ 08690-

Date: 11/8/2021

/S/ Kenneth E. West
_____
Kenneth E. West, Esquire
Chapter 13 Standing Trustee