**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:  
KEVIN  J. PURCELL

Chapter 13

Debtor

Bankruptcy No. 20-12612-AMC

# **O R D E R**

    **AND NOW**, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

Dated: December 7, 2021

_____  
Honorable Ashely M. Chan  
Bankruptcy Judge

Kenneth E. West, Trustee  
P.O. Box 40837  
Philadelphia, PA  19107

Debtor's Attorney:  
ROBERT F. SWAN  
LAW OFFICE OF ROBERT G. SWAN  
3720 NOTTINGHAM WAY  
HAMILTON SQUARE, NJ 08690-

Debtor:  
KEVIN  J. PURCELL

49 E. PHILADELPHIA AVE

MORRISVILLE, PA 19067