United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Kevin J. Purcell  
    Debtor

Case No. 20-12612-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 2  
Date Rcvd: Dec 07, 2021      Form ID: pdf900      Total Noticed: 23

The following symbols are used throughout this certificate:  
**Symbol   Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 09, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Kevin J. Purcell, 49 E Philadelphia Ave, Morrisville, PA 19067-1249 |
| 14510458 | | Aria Health, po box 8500-6335, Philadelphia, PA 19019 |
| 14564334 | | Freedom Mortgage Company, c/o Andrew Spivack, Brock and Scott, PLLC, Attorneys at Law, 610 Old York Road, Suite 400 Jenkintown, PA 19046 |
| 14567446 | | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 14510459 | | Home Depot, PO Box 790328T, Louis, MO 63113 |
| 14510460 | | JP Morgan Chase, PO Box 1608, Southgate, MI 48195-0608 |
| 14510461 | + | JP Morgan Chase Bank, NA, 3451 Harry S Atrueman Blvd, Saint Charles, MO 63301-4047 |
| 14522537 | + | RoundPoint Mortgage Servicing Corporation, 446 Wrenplace Road, Fort Mill, SC 29715-0200 |
| 14515529 | + | RoundPoint Mortgage Servicing Corporation, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14510463 | + | Roundpoint, c/o Rebecca Solarz, c/o KML Law Group, PC, 701 Market St, Philadelphia, PA 19106-1541 |
| 14510464 | | Snap On, 1101 Arabian Rd, Warrington, PA 18976-2282 |
| 14510466 | | Tech Credit, 122 Goldenridge Dr, Levittown, PA 19057-3841 |
| 14510467 | | WELLS FARGO Bank Na, PO Box 5129, Sioux Falls, SD 57117-5129 |
| 14518772 | | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 14510468 | | Yamaha c/o Capital One Retail Sales, PO Box 71106, Charlotte, NC 28272-1106 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Dec 08 2021 00:02:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Dec 08 2021 00:02:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | | Email/Text: bnc@atlasacq.com | Dec 08 2021 00:02:00 | Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 14526872 | | Email/Text: bnc@atlasacq.com | Dec 08 2021 00:02:00 | Atlas Acquisitions LLC, 492 Cedar Lane ste 442, Teaneck NJ 07666 |
| 14510462 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 08 2021 00:01:26 | Kowasaki c/o Capital One, PO Box 71106, Charlotte, NC 28272-1106 |
| 14519898 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 08 2021 00:02:00 | Midland Funding LLC, Po Box 2011, Warren MI 48090-2011 |
| 14526256 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 08 2021 00:02:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14510465 | | Email/PDF: ais.sprint.ebn@aisinfo.com | Dec 08 2021 00:01:26 | Sprint, PO Box 629023, El Dorado Hills, CA 95762-9023 |

TOTAL: 8

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Dec 07, 2021 | Form ID: pdf900 | Total Noticed: 23 |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 09, 2021             Signature:       /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 7, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor FREEDOM MORTGAGE CORPORATION andrew.spivack@brockandscott.com wbecf@brockandscott.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| REBECCA ANN SOLARZ | on behalf of Creditor RoundPoint Mortgage Servicing Corporation bkgroup@kmllawgroup.com rsolarz@kmllawgroup.com |
| ROBERT G. SWAN | on behalf of Debtor Kevin J. Purcell lawofficeofrswan@aol.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | Chapter 13 |
| KEVIN J. PURCELL | |
| Debtor | Bankruptcy No. 20-12612-AMC |

# O R D E R

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

Dated: December 7, 2021

_____
Honorable Ashely M. Chan
Bankruptcy Judge

Kenneth E. West, Trustee
P.O. Box 40837
Philadelphia, PA  19107

Debtor's Attorney:
ROBERT F. SWAN
LAW OFFICE OF ROBERT G. SWAN
3720 NOTTINGHAM WAY
HAMILTON SQUARE, NJ 08690-

Debtor:
KEVIN J. PURCELL

49 E. PHILADELPHIA AVE

MORRISVILLE, PA 19067