## UNITED STATE BANKRUPTCY COURT
## FOR THE EASTER DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | Case Number: 20-12612 |
| KEVIN PURCELL | Chapter 13 |

First application for compensation and reimbursement of expenses of Robert G. Swan, Esquire, attorney for debtor for the period from June 1, 2020 through December 7, 2021

Robert G. Swan, Esquire in accordance with F.R.B.P 2016 apples under 330 of the Code for an award of compensation represents.

### Part A Preliminary Statement

1. Applicant is the attorney for the debtor.

2. All service rendered for which compensation reimbursement is request were performed for on behalf of debtor Kevin Purcell.

3. The service described in this application are actual, necessary services and the compensation required for these services is reasonable.

### Part B General information

1. The period is from June 1, 2020 through December 7, 2021.

This is the first and final application

Requested Fees is $2150.00

2. General information'

   a. Date case filed 6/11/20

   b. First date services rendered was June 1, 2020

   c. Compensation is sought under Section 330.

   d. Any fees awarded will be paid from the estate.

   e. This application is for a period of less than 120 days after the filing of the case.

3. Prior applications – NONE

4. Attorneys billing for Current Period

   Robert G. Swan, Esquire , admitted 1989  Total legal fee was a flat fee of $2500.00 with $350.00 paid at time of retainment.  Balance of $2150.00 due through plan.

## Part C Billing Summary

1. Description of service: Representation of debtor in chapter 13 Bankruptcy- Filing through Confirmation.

2. Flat fee arrangement of $2500.00 total free with $350.00 having been paid up front.

   WHEREFORE ,application requests an award of $2150.00 in compensation.

February 10, 2022

ROBERT G. SWAN, ESQUIRE
3716 Nottingham Way
Hamilton Square, NJ 08690
Ph 609-586-344
Fax 609586-8877
Lawofficeofrswan@aol.com