IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| Kevin J. Purcell | : | |
| DEBTOR(S) | : | BANKRUPTCY NO. 20-12612-AMC |

## ORDER

AND NOW, upon the Application for Approval of Attorney Fees filed by ROBERT G. SWAN, Esquire, Counsel for the Debtors on February 17, 2022, and

IT APPEARING that this case was dismissed on December 7, 2021 without a retention of jurisdiction to consider subsequent fee applications, it is hereby

ORDERED that the Application is denied.

BY THE COURT:

Dated: August 17, 2022

ASHELY M. CHAN
U. S. BANKRUPTCY JUDGE